■ The People of the State of New York, Respondent, v David Smith, Appellant. [672 NYS2d 698] —Judgment, Supreme Court, New York County (Mary McGowan Davis, J.), rendered June 7, 1996, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

Defendant's motion to withdraw his plea was properly denied

without a hearing. The record indicates that a favorable plea was entered after a thorough allocution, and that defendant admitted that he committed the charged acts, negating defendant's conclusory claims of innocence, coercion, and ineffective assistance of counsel (*see, People v Fiumefreddo*, 82 NY2d 536; *People v Swinson*, 240 AD2d 299, *lv denied* 90 NY2d 911). Defendant was afforded a reasonable opportunity to present his claims in statements made to the court and no further inquiry was necessary. Concur—Sullivan, J. P., Rosenberger, Williams and Tom, JJ.